IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

| | |
|---|---|
| WILLIAM LAWRENCE SUMMERS | CASE NO.:  2:16-MC-057 |
| OHIO ATTY. REG. NO. 0013007 | CHIEF JUDGE EDMUND A. SARGUS, JR. |
| RESPONDENT | |

## O R D E R

It appearing to the Court that on October 20, 2016 the Supreme Court of Ohio entered an order accepting Respondents' resignation from the practice of law in Ohio pursuant to the Supreme Court Rules for the Government of the Bar of Ohio.

**IT IS THEREFORE ORDERED** that pursuant to Rule II of the Model Federal Rules of Disciplinary Enforcement adopted by this Court on February 1, 1979, respondent's resignation from the practice of law in this court is accepted.  Respondent is hereby ordered to cease and desist from the practice of law in any form and is forbidden to appear on behalf of another before this Court.

**IT IS FURTHER ORDERED** that respondent is forbidden to counsel, or advise, or prepare legal instruments for others or in any manner perform services of any kind for others which would constitute the practice of law in this Court.   Respondent is also forbidden to present to another or to the public as being authorized to perform legal services, and respondent is hereby divested of each and all of the rights, privileges and prerogatives customarily accorded to a member in good standing of the Bar of this Court.

**IT IS FURTHER ORDERED** that within 30 days from the date of filing of this order, the respondent shall:

1. Notify all clients being represented in pending matters in this Court and any co-counsel of respondent's suspension and consequent disqualification to act as an attorney after the effective date of this order, and, in the absence of co-counsel, also notify the clients to seek legal service elsewhere, calling attention to any urgency in seeking the substitution of another attorney in respondent's place;

2. Regardless of any fees or expenses due respondent, deliver to all clients being

represented in pending matters in this Court any papers or other property pertaining to the clients, or notify the clients or co-counsel, if any, of a suitable time and place where the papers or other property may be obtained, calling attention to any urgency for obtaining such papers or other property;

      3. Regarding any actions pending in this Court, refund any part of any fees or expenses paid in advance that are unearned or not paid, and account for any trust money or property in possession or control of respondent;

      4. Notify opposing counsel in pending litigation in this Court, in the absence of counsel, the adverse parties, of respondent's disqualification to act as an attorney after the effective date of this order;

      5. All notices required by this order shall be by certified mail and shall contain a return address where communications may thereafter be directed to respondent;

      6. File with the Clerk of this Court an affidavit showing compliance with this order and proof of service of notices required therein. Such affidavit shall set forth the address where the affiant may receive communications and the Clerk shall be kept advised of any change of address;

      7. Retain and maintain a record of the various steps taken by respondent pursuant to this order.

      **IT IS FURTHER ORDERED** that the Clerk of this court issue certified copies of this order to the Disciplinary Counsel of the Supreme Court of Ohio, the Clerks of the Supreme Court of the United States and the United States Court of Appeals for the Sixth Circuit, the National Discipline Data Bank, and to the United States Bankruptcy Court for the Southern District of Ohio, and to publish this order to this Court's official website.

11-9-2016
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF OHIO**